IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEREK HENDRICKS,                )
                                )
           Plaintiff,           )
                                )
     v.                         )          1:20CV1042
                                )
SEVERAL UNKNOWN OFFICERS,       )
et al.,                         )
                                )
           Defendant(s).        )

## ORDER

On November 20, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) On December 28, 2020, Plaintiff filed untimely objections, (Doc. 6), to the Recommendation. See Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file . . . objections."). This court initially finds that the Recommendation is subject to review under a clearly erroneous standard and adopted.

Alternatively, this court has reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate

Judge=s Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint, (Doc. 2), be, and the same is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 19th day of January, 2021.

/s/ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:20-cv-01042-WO-LPA   Document 7   Filed 01/19/21   Page 2 of 2